David J. Molton, *Pro Hac Vice* to be filed
John P. Biedermann, *Pro Hac Vice* to be filed
**BROWN RUDNICK BERLACK ISRAELS LLP**
7 Times Square
New York, NY 10036
Telephone: +1 212 704 0100
Facsimile: +1 212 704 0196

William R. Baldiga, *Pro Hac Vice* to be filed
**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, MA 02111
Telephone: +1 617 856 8594
Facsimile: +1 617 856 8182

Ali M.M. Mojdehi, State Bar No. 123846
Christine E. Baur, State Bar No. 207811
Janet D. Gertz, State Bar No. 231172
**BAKER & McKENZIE LLP**
101 West Broadway, Twelfth Floor
San Diego, CA 92101-3890
Telephone: +1 619 236 1441
Facsimile: +1 619 236 0429

Proposed Counsel to the Official Committee of
Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>METABOLIFE INTERNATIONAL, INC., a California corporation,<br><br>Debtor.<br><br>ALPINE HEALTH PRODUCTS, LLC, a Delaware limited liability company,<br><br>Debtor. | **Case No. 05-06040-JH11**<br><br>(Jointly Administered with Case No. 05-6041)<br><br>**Chapter 11**<br><br>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS**<br><br>**Judge: Hon. John J. Hargrove** |

**PLEASE TAKE NOTICE** that the undersigned appears as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and sections 102(1), 342 and 1109(b) of Title 11 of the United States

BAKER & MCKENZIE LLP
101 WEST BROADWAY,
TWELFTH FLOOR
SAN DIEGO, CA 92101

SDODMS1/648737.1

Case No. 05-06040-JH11
NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
PAPERS AND RESERVATION OF RIGHTS

1  Code (the "Bankruptcy Code") and requests that all notices given or required in these cases, and

2  all documents, and all other papers served in these cases, be given to and served upon:

3
4  David J. Molton, Esq.
John P. Biedermann, Esq.
Brown Rudnick Berlack Israels LLP
5  7 Times Square
New York, NY  10036
6  (212) 704-0100 telephone
(212) 704-0196 facsimile
7  E-mail: dmolton@brownrudnick.com
          jbiedermann@brownrudnick.com

8
9  William R. Baldiga, Esq.
Brown Rudnick Berlack Israels LLP
10 One Financial Center
Boston, MA 02111
11 (617) 856-8594 telephone
(617) 856-8182 facsimile
12 E-mail: wbaldiga@brownrudnick.com

13             - and -

14 Ali M. M. Mojdehi, Esq.
Christine E. Baur, Esq.
15 Janet D. Gertz, Esq.
Baker & McKenzie LLP
16 101 West Broadway, 12th Floor
San Diego, California  92101
17 (619) 236-1441 telephone
(619) 236-0429 facsimile
18 E-mail: ali.m.m.mojdehi@bakernet.com
          christine.e.baur@bakernet.com
19        janet.d.gertz@bakernet.com

20     **PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the

21 Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the

22
23 provisions of the Bankruptcy Code and Rules specified above but also includes, without

24 limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or

25 demand, whether formal or informal, whether written or oral, and whether transmitted or

26 conveyed by mail, delivery, telephone, electronically, or otherwise, which affects the debtors in

27 the above-captioned cases (the "Debtors") or the property of the Debtors.

28

BAKER & MCKENZIE LLP
101 WEST BROADWAY,
TWELFTH FLOOR
SAN DIEGO, CA 92101

SDODMS1/648737.1

-2-

Case No. 05-06040-JH11
NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 8, 2005                                            BAKER & MCKENZIE LLP

By: /s/ Christine E. Baur
Ali M. M. Mojdehi
Christine E. Baur
Janet D. Gertz

Proposed Counsel to the Official Committee of Unsecured Creditors

BAKER & MCKENZIE LLP
101 WEST BROADWAY,
TWELFTH FLOOR
SAN DIEGO, CA 92101

-3-

Case No. 05-06040-JH11
NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

SDODMS1/648737.1