1  Michael I. Neil (CSB# 40057)
   David P. Hall (CSB#196891)
2  NEIL, DYMOTT, FRANK, HARRISON
   & McFALL APLC
3  1010 Second Avenue, Suite 2500
   San Diego, CA 92101-4906
4  Telephone: 619.238.1712
   Facsimile:  619.238.1562
5
   *Attorneys for Defendant*
6  SMOOTHIE KING FRANCHISES, INC.
7  DIXIE HEALTH OF PENSACOLA, INC.
   dba SMOOTHIE KING
8

ENTERED
FILED
JAN 17 2006
US BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 05-06040-JH11 |
| METABOLIFE INTERNATIONAL, INC., a California corporation | (Jointly administered with Case No. 05-6041) |
| Debtor, | Chapter 11 |
| In re | RS No. CC-1 |
| ALPINE HEALTH PRODUCTS, LLC, a Delaware limited liability company, | **PROOF OF SERVICE** |
| Debtor, | Honorable John J. Hargrove |
| PETER C. NEGER, as the Court-appointed Defendants' Liaison Counsel in *In re Ephedra Products Liability Litigation*, 04 MD 1598 (S.D.N.Y.), | |
| Moving Party. | |
| v. | |
| METABOLIFE INTERNATIONAL, INC., a California corporation, ALPINE HEALTH PRODUCTS, LLC. A Delaware limited liability company, | |
| Respondents. | |

DECLARATION OF PROOF OF SERVICE

-1-

I, the undersigned individual, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is NEIL, DYMOTT, FRANK, HARRISON & McFALL APLC, 1010 Second Avenue, Suite 2500, San Diego, California, 92101.

I caused to be served the following documents:

1. PROOF OF CLAIM FOR SMOOTHIE KING FRANCHISES, INC.

2. DECLARATION OF PROOF OF SERVICE.

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively as follows: **SEE ATTACHED SERVICE LIST**

[xx] **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **PERSONAL SERVICE THROUGH KNOX ATTORNEY SERVICE** to the following: (Separate proof of personal service will be filed.)

[] **OVERNIGHT VIA FEDERAL EXPRESS** (to the following:) I am "readily familiar" with the firm's practice of processing correspondence for mailing overnight via Federal Express. Under that practice it would be deposited in a Federal Express drop box, in a Federal Express envelope indicating overnight delivery, with delivery fees provided for, on that same day, at San Diego, California.

[] **BY FAX** - As follows: I personally sent to the addressee's telecopier number a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 17, 2006, at San Diego, California.

_____
Mona McKee

**Office of the U.S. Trustee:**  
Tiffany Carroll, Esq.  
Office of the U.S. Trustee  
402 W. Broadway #600  
San Diego, CA 92101

**Counsel for Debtor:**  
David L. Osias  
Debra A. Riley  
Allen Matkins Leck Gamble & Mallory Llp  
501 West Broadway, 15th Floor  
San Diego, California 92101

**Counsel to OCC:**  
David J. Molton, Esq.  
John Biedermann, Esq.  
Brown, Rudnick  
Seven Times Square  
New York, NY 10036

Ali Mojdehi, Esq.  
Christine E. Baur, Esq.  
Baker & McKenzie  
101 W. Broadway, 12th Floor  
San Diego, CA 92101

William R. Baldiga, Esq.  
Brown Rudnick  
One Financial Center  
Boston, MA 02111

**Counsel for the MDL 1598 Defendants' Liaison Counsel:**  
Christopher Celentino  
Mike R. Bistrow  
DUANE MORRIS LLP  
101 West Broadway, Suite 900  
San Diego, A 92101

**Counsel to Shareholders:**  
Victor A. Vilaplana, Esq.  
Seltzer Caplan McMahon Vitek  
750 B Street #2100  
San Diego, CA 92101

Peter Gurfein, Esq.  
Akin Gump  
2029 Century Park East #2400  
Los Angeles, CA 90067

**Counsel to Retailer Committee:**  
Laura S. Taylor, Esq.  
Sheppard Mullin Richter & Hampton  
501 W. Broadway, 19th Floor  
San Diego, CA 92101

**Counsel to IdeaSphere, Inc.**

    Peter L. Gilhuly, Esq.
    Latham & Watkins
    633 West Fifth St. #4000
    Los Angeles, CA 90071

**Request for Notice:**

    GNCI Oldco, et al.
    c/o Michael S. Etkin
    Lowenstein Sandler
    65 Livingston Avenue
    Roseland, NJ 07068

    Wal-Mart, Inc.
    c/o Shook, Hardy & Bacon (Todd Ruskamp)
    2555 Grand Blvd.
    Kansas City, MO 64108-2613

    Wal-Mart, Inc.
    c/o Shook, Hardy & Bacon (Paul LaScala)
    5 Park Plaza #1600
    Irvine, CA 92614-2546

    Navistar Leasing Co.
    425 N. Martingale Rd. 18th Fl.
    Schaumburg, IL 60173

    CVS Pharmacy, Inc.
    Domenic E. Pacitti, Esq.
    Saul Ewing LLP
    PO Box 1266
    Wilmington, DE 19899

    Willard Westfall
    c/o Arnold Levin
    Levin, Fishbein, Sedran & Berman
    510 Walnut St. #500
    Philadelphia, PA 19106

    City of Memphis/Norwest ISD
    Linebarger Goggan
    2323 Bryan St. #1600
    Dallas, TX 75201

    Harris County/City of Houston etc.
    c/o John P. Dillman, Esq.
    PO Box 3064
    Houston, TX 77253-3064

| | |
|---|---|
| 1 | William M. Audet, Esq. |
|  | Alexander, Hawes & Audet |
| 2 | 152 N. 3rd St. #600 |
|  | San Jose, CA 95112 |
| 3 | |
|  | James P. Frantz, Esq. |
| 4 | Frantz, Townsend |
|  | 600 W. Broadway #1200 |
| 5 | San Diego, CA 92101 |

1

William M. Audet, Esq.
Alexander, Hawes & Audet
152 N. 3rd St. #600
San Jose, CA 95112

James P. Frantz, Esq.
Frantz, Townsend
600 W. Broadway #1200
San Diego, CA 92101

Charlotte C. McDaniel, Esq.
Grodner & Assoc.
2223 Quail Run Dr. #B-1
Baton Rouge, LA 70808

Walton & Assoc.
600 W. Broadway #1530
San Diego, CA 92101

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Target Corporation
Dennis M. Ryan, Esq.
Faegre & Benson
90 S. Seventh St. #2200
Minneapolis, MN 55402-3901

Martha C. Sarra, Esq.
The Kroger Co. (Law Dept)
1014 Vine Street
Cincinnati, OH 45202

Navistar Financial Corp.
c/o Marshall Goldberg, Esq.
Glass & Goldberg
21700 Oxnard St. #430
Woodland Hills, CA 91367-3665

HEB Grocery Co., L.P.
c/o Plunkett & Gibson, Inc.
Attn: Patrick H. Autry
70 N.E. Loop 410 #1100
San Antonio, TX 78216

The Chemins Company, Inc.
Attn: Lawrence E. Duffy, Jr.
c/o Walsworth, Franklin
One City Blvd. West, 5th Floor
Orange, CA 92868-3677

William Green
c/o Robert G. Rikard, Esq.
1303 Blanding St.
Columbia, SC 29202

Bally Total Fitness
c/o Janet A. Shapiro, Esq.
212 S. Gale Drive
Beverly Hills, CA 90211

Metro Networks Communication LP
c/o Lauro M. Bueno, Esq.
40 West 57th St. 15th Fl.
New York, NY 10019

TN Dept. of Revenue
c/o TN A.G. Office/Bkcy Div.
PO Box 20207
Nashville, TN 37202-0207

Donna Grodner, Esq.
Grodner & Assoc.
2223 Quail Run Dr. #B-1
Baton Rouge, LA 70808

Ronnie Allen
Attn: Lance H. Lubel
c/o Heard, Robins, Cloud & Lubel
500 Dallas #3100
Houston, TX 77002

Ronnie Allen
c/o Benckenstein & Oxford LLP
3535 Calder Ave. 3rd Fl.
PO Drawer 150
Beaumont, TX 77704

QAD, Inc. (Legal Dept.)
Jason Pickering, Esq.
10,000 Midlantic Dr.
Mt. Laurel, NJ 08054

B. Wayne Williams, Esq.
Webb Sanders & Williams PLLC
363 North Broadway
P. O. Box 496
Tupelo, MS 38802-0496

Reagan D. Wise
Webb Sanders & Williams PLLC
363 North Broadway
P. O. Box 496
Tupelo, MS 38802-0496

Alan Vanderhoff, Esq.
Vanderhoff Law Group
701 "B" Street, Suite 1000
San Diego, CA 92101

NBTY (Vitamin World, Inc.)/Rexall Sundown, Inc.
c/o Lisa M. Golden, Esq.
Jaspan Schlesinger Hoffman
300 Garden City Plaza
Garden City, NY 11530

Chattem, Inc.
c/o Buchalter Nemer
1000 Wilshire Blvd. #1500
Los Angeles, CA 90017-5704