**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Order Entered on
April 24, 2006
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion/Application Docket Entry No. _____

//

//

//

//

//

//

DATED:  April 24, 2006

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

_____
(Firm name)

By:_____
  Attorney for ☐ Movant ☐ Respondent

**CSD 1001A**

**CSD 1001A** [11/15/04]**(Page 2)**
ORDER ON
DEBTOR:                                                          CASE NO:

CSD 1001A

*Signed by Judge John J. Hargrove April 24,2006*