DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Telephone:  (619) 233-1155
Facsimile:  (619) 233-1158

Attorneys for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re<br><br>MII LIQUIDATION, INC., a California corporation, formerly known as METABOLIFE INTERNATIONAL, INC.,<br><br>        Debtor.<br><br>EIN 33-0647672 | Case No. 05-6040-H11<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 05-6041)<br><br>DECLARATION OF CHRISTOPHER R. BARCLAY IN SUPPORT OF MOTION FOR AN ORDER (1) APPROVING COMPROMISE AND SETTLEMENT OF CERTAIN EPHEDRA CLAIMS AND (2) AUTHORIZING AND ESTABLISHING PROCEDURES TO SETTLE CERTAIN OTHER EPHEDRA CLAIMS |
| AHP LIQUIDATION, LLC, a Delaware limited liability company, formerly known as ALPINE HEALTH PRODUCTS, LLC,<br><br>        Debtor.<br><br>EIN 94-3376088 | Date:      June 28, 2006<br>Time:      10:30 a.m.<br>Dept.:     3<br>Judge:     Hon. John J. Hargrove |

    I, Christopher R. Barclay, declare as follows:

    1.   I am a Certified Public Accountant and a shareholder of the accounting firm Mack|Barclay, Inc. ("M|B").  I am the court-designated responsible natural person ("RNP") for MII Liquidation, Inc., formerly known as Metabolife

1
2
3   International, Inc. ("MII"), and AHP Liquidation, LLC, formerly
4   known as Alpine Health Products, LLC ("AHP," and together with
5   MII, the "Debtors in Possession"), in connection with the
6   June 30, 2005, filings for relief under chapter 11 of the
7   Bankruptcy Code in the United States Bankruptcy Court for the
8   Southern District of California.  I have knowledge of the facts
9   set forth in this declaration and could competently testify
10  thereto if called as a witness.
11       2.   Attached as Exhibit "A" hereto is a draft insurance
12  coverage chart reflecting MII's primary and excess liability
13  insurance policies which have been the subject of the ephedra
14  tort bodily injury tenders and claims.  Coverage is subject to
15  the terms, conditions, limitations, and exclusions of the
16  applicable policies, and the chart should not to be construed as
17  a warranty of claim coverage.
18       3.   Based upon current information to date, it is my
19  understanding that there is no dispute with the carriers whose
20  policies are currently triggered, that through August 1, 2001,
21  the Debtors in Possession have applicable liability coverage for
22  insurable claims up to the limits of each of the policies for
23  each of the years.
24       4.   It is my understanding that MII's excess carriers have
25  no obligation concerning any claim until the respective
26  underlying policy has been exhausted.  Notwithstanding, MII has
27  put all excess carriers on notice of the claims.  I understand
28

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

644429.01/SD

-2-

that most of the excess carriers have sent MII (directly or to MII's insurance coverage counsel) correspondence acknowledging notice and reserving their rights pursuant to their policies.

5. To date, I am unaware that MII has received any information or correspondence from any of its excess carriers, other than Kemper Insurance, that would suggest that any such excess carrier would be unable to satisfy allowed claims for financial reasons.

6. I've reviewed the confidential settlements of those claimants referenced in the motion, the declarations of Richard Traub, R. Gaylord Smith, and Michael Ballnik, and after consultation with MII's defense counsel, William Low, conclude that consummation of the settlements is in the best interest of the estates and their creditors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 25, 2006, at San Diego, California.

/s/ Christopher R. Barclay
CHRISTOPHER R. BARCLAY

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

644429.01/SD

-3-

# EXHIBIT A

"Draft"
INSURANCE CHART (last updated February 6, 2004)

