DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
501 West Broadway, 15th Floor
San Diego, California 92101
Phone: (619) 233-1155
Fax: (619) 233-1158

Attorneys for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re<br><br>MII LIQUIDATION, INC., a California corporation, formerly known as METABOLIFE INTERNATIONAL, INC.,<br><br>　　　　Debtor.<br><br>EIN 33-0647672 | Case No. 05-6040-H11<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 05-6041)<br><br>CERTIFICATE OF SERVICE |
| AHP LIQUIDATION, LLC, a Delaware limited liability company, formerly known as ALPINE HEALTH PRODUCTS, LLC,<br><br>　　　　Debtor.<br><br>EIN 94-3376088 | |

　　　I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

　　　On May 31, 2006, I served on interested parties in said action the within:

　　　**1.　MOTION FOR AN ORDER (1) APPROVING COMPROMISE AND SETTLEMENT OF CERTAIN EPHEDRA CLAIMS AND (2) AUTHORIZING AND ESTABLISHING PROCEDURES TO SETTLE CERTAIN OTHER EPHEDRA CLAIMS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Allen Matkins Leck
Gamble & Mallory LLP
*attorneys at law*

649163.01/SD

1
2
3     **2.**    **DECLARATION OF CHRISTOPHER R. BARCLAY IN SUPPORT OF MOTION FOR AN ORDER (1) APPROVING COMPROMISE AND SETTLEMENT OF CERTAIN EPHEDRA CLAIMS AND (2) AUTHORIZING AND ESTABLISHING PROCEDURES TO SETTLE CERTAIN OTHER EPHEDRA CLAIMS**

4
5
6     **3.**    **DECLARATION OF RICHARD K. TRAUB IN SUPPORT OF MOTION FOR AN ORDER (1) APPROVING COMPROMISE AND SETTLEMENT OF CERTAIN EPHEDRA CLAIMS AND (2) AUTHORIZING AND ESTABLISHING PROCEDURES TO SETTLE CERTAIN OTHER EPHEDRA CLAIMS**

7
8
9     **4.**    **DECLARATION OF R. GAYLORD SMITH IN SUPPORT OF MOTION FOR AN ORDER (1) APPROVING COMPROMISE AND SETTLEMENT OF CERTAIN EPHEDRA CLAIMS AND (2) AUTHORIZING AND ESTABLISHING PROCEDURES TO SETTLE CERTAIN OTHER EPHEDRA CLAIMS**

10
11
12    **5.**    **DECLARATION OF MICHAEL G. BALLNIK IN SUPPORT OF MOTION FOR AN ORDER (1) APPROVING COMPROMISE AND SETTLEMENT OF CERTAIN EPHEDRA CLAIMS AND (2) AUTHORIZING AND ESTABLISHING PROCEDURES TO SETTLE CERTAIN OTHER EPHEDRA CLAIMS**

13
14

via U.S. Mail on the interested parties as noted on the attached list.

    I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

    Executed on May 31, 2006, at San Diego, California.

| Janine L. Holman | /s/ Janine Holman |
|---|---|
| (Type or print name) | (Signature) |

**Allen Matkins Leck Gamble & Mallory LLP**
*attorneys at law*

649163.01/SD

-2-

| | | |
|---|---|---|
| **Office of the U.S. Trustee:** | Tiffany Carroll, Esq.<br>Office of the U.S. Trustee<br>402 W. Broadway #600<br>San Diego, CA  92101 | |
| **Counsel to OCC:** | David J. Molton, Esq.<br>John Biedermann, Esq.<br>Brown, Rudnick<br>Seven Times Square<br>New York, NY  10036 | Ali Mojdehi, Esq.<br>Christine E. Baur, Esq.<br>Baker & McKenzie<br>101 W. Broadway, 12th Floor<br>San Diego, CA  92101 |
| | William R. Baldiga, Esq.<br>Brown Rudnick<br>One Financial Center<br>Boston, MA  02111 | |
| **Counsel to Retailer Committee:** | Laura S. Taylor, Esq.<br>Sheppard Mullin Richter & Hampton<br>501 W. Broadway, 19th Floor<br>San Diego, CA  92101 | |
| **Counsel to Shareholders:** | Victor A. Vilaplana, Esq.<br>Seltzer Caplan McMahon Vitek<br>750 B Street #2100<br>San Diego, CA  92101 | Peter Gurfein, Esq.<br>Akin Gump<br>2029 Century Park East #2400<br>Los Angeles, CA  90067 |
| **Shareholders' Liaison Counsel:** | Steven M. Strauss, Esq.<br>Cooley Godward LLP<br>4401 Eastgate Mall<br>San Diego, CA  92121 | |
| **Plaintiffs' Liaison Counsel:** | Anne Andrews, Esq.<br>Andrews & Thornton<br>820 N. Parton Street, 2nd Floor<br>Santa Ana, CA 92701<br>E-mail: aa@andrewsthornton.com | Russ Briggs, Esq.<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>E-mail: rbriggs@fhl-law.com |
| | Trent B. Miracle, Esq.<br>SimmonsCooper, LLC<br>707 Berkshire Boulevard<br>P. O. Box 521<br>East Alton, IL 62024<br>E-mail: tmiracle@simmonscooper.com | Steven J. Skikos, Esq.<br>Lopez, Hodes, Restaino, Milman & Skikos<br>625 Market Street, 15th Floor<br>San Francisco, CA 94105<br>E-mail: sskikos@lopez-hodes.com |
| | Robert B. Roden, Esq.<br>Shelby Roden & Cartee LLC<br>2956 Rhodes Circle<br>Birmingham, AL 35205<br>E-mail: rroden@shelbyroden.com | |

| | | |
|---|---|---|
| **Indemnitees' Liaison Counsel:** | Frank C. Rothrock, Esq.<br>Shook, Hardy & Bacon L.L.P.<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614<br>E-mail: frothrock@shb.com | John A. Childers, Esq.<br>Johnson & Bell, Ltd.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603-5404<br>E-mail: childersj@jbltd.com |
| | Rex A. Littrell, Esq.<br>Ulmer & Berne LLP<br>88 E. Broad Street, Suite 1600<br>Columbus, OH 43215-3581<br>E-mail: rlittrell@ulmer.com | Lisa R. Ackley, Esq.<br>Walsworth, Franklin, Bevins & McCall, LLP<br>One City Boulevard West, Fifth Floor<br>Orange, CA 92868-3604<br>E-mail: lackley@wfbm.com |
| **Debtor's Liaison Counsel:** | William M. Low, Esq.<br>Higgs, Fletcher & Mack LLP<br>401 West "A" Street, Suite 2600<br>San Diego, CA 92101-7910<br>E-mail: wlow@higgslaw.com | |
| **Insurers' Liaison Counsel:** | R. Gaylord Smith, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 West C Street, Suite 800<br>San Diego, CA 92101<br>E-mail: smith@lbbslaw.com | Richard K. Traub, Esq.<br>Traub Eglin Lieberman Straus LLP<br>100 Metroplex Drive, Suite 203<br>Edison, NJ 08817<br>E-mail: rtraub@tels.com;<br>telsrkt101@aol.com |
| | Michael G. Ballnik, Esq.<br>Cozen O'Connor, APC<br>1201 Third Avenue<br>Washington Mutual Tower #5200<br>Seattle, WA 98101<br>E-mail: mballnik@cozen.com | |
| **Request for Notice:** | GNCI Oldco, et al.<br>c/o Michael S. Etkin<br>Lowenstein Sandler<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Wal-Mart, Inc.<br>c/o Shook, Hardy & Bacon (Todd Ruskamp)<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613 |
| | Wal-Mart, Inc.<br>c/o Shook, Hardy & Bacon (Paul LaScala)<br>5 Park Plaza #1600<br>Irvine, CA 92614-2546 | Navistar Leasing Co.<br>425 N. Martingale Rd. 18th Fl.<br>Schaumburg, IL 60173 |
| | CVS Pharmacy, Inc.<br>Domenic E. Pacitti, Esq.<br>Saul Ewing LLP<br>PO Box 1266<br>Wilmington, DE 19899 | Willard Westfall<br>c/o Arnold Levin<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut St. #500<br>Philadelphia, PA 19106 |
| | City of Memphis/Norwest ISD<br>Linebarger Goggan<br>2323 Bryan St. #1600<br>Dallas, TX 75201 | Harris County/City of Houston etc.<br>c/o John P. Dillman, Esq.<br>PO Box 3064<br>Houston, TX 77253-3064 |

William M. Audet, Esq.
Alexander, Hawes & Audet
152 N. 3rd St. #600
San Jose, CA 95112

James P. Frantz, Esq.
Frantz, Townsend
600 W. Broadway #1200
San Diego, CA 92101

Charlotte C. McDaniel, Esq.
Grodner & Assoc.
2223 Quail Run Dr. #B-1
Baton Rouge, LA 70808

Walton & Assoc.
600 W. Broadway #1530
San Diego, CA 92101

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Target Corporation
Dennis M. Ryan, Esq.
Faegre & Benson
90 S. Seventh St. #2200
Minneapolis, MN 55402-3901

Martha C. Sarra, Esq.
The Kroger Co. (Law Dept)
1014 Vine Street
Cincinnati, OH 45202

HEB Grocery Co., L.P.
c/o Plunkett & Gibson, Inc.
Attn: Patrick H. Autry
70 N.E. Loop 410 #1100
San Antonio, TX 78216

The Chemins Company, Inc.
Attn: Lawrence E. Duffy, Jr.
c/o Walsworth, Franklin
One City Blvd. West, 5th Floor
Orange, CA 92868-3677

William Green
c/o Robert G. Rikard, Esq.
1303 Blanding St.
Columbia, SC 29202

Bally Total Fitness
c/o Janet A. Shapiro, Esq.
212 S. Gale Drive
Beverly Hills, CA 90211

Metro Networks Communication LP
c/o Lauro M. Bueno, Esq.
40 West 57th St. 15th Fl.
New York, NY 10019

TN Dept. of Revenue
c/o TN A.G. Office/Bkcy Div.
PO Box 20207
Nashville, TN 37202-0207

Donna Grodner, Esq.
Grodner & Assoc.
2223 Quail Run Dr. #B-1
Baton Rouge, LA 70808

Ronnie Allen
Attn: Lance H. Lubel
c/o Heard, Robins, Cloud & Lubel
500 Dallas #3100
Houston, TX 77002

Ronnie Allen
c/o Benckenstein & Oxford LLP
3535 Calder Ave. 3rd Fl.
PO Drawer 150
Beaumont, TX 77704

Alan Vanderhoff, Esq.
Vanderhoff Law Group
701 "B" Street, Suite 1000
San Diego, CA  92101

Chattem, Inc.
c/o Buchalter Nemer
1000 Wilshire Blvd. #1500
Los Angeles, CA  90017-5704

NBTY (Vitamin World, Inc.)/Rexall Sundown, Inc.
c/o Lisa M. Golden, Esq.
Jaspan Schlesinger Hoffman
300 Garden City Plaza
Garden City, NY  11530